

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Kinder Morgan Production      * Original Mandamus Proceeding
Company, LLC,

No. 11-20-00027-CV                      * March 26, 2020

                                       * Memorandum Opinion by Stretcher, J.
                                          (Panel consists of: Bailey, C.J.,
                                          Stretcher, J., and Wright, S.C.J.,
                                          sitting by assignment)
                                          (Willson, J., not participating)

This court has considered Relator's petition for writ of mandamus and concludes that the petition for writ of mandamus should be conditionally granted. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is conditionally granted. A writ of mandamus will issue only if the Honorable Ernie B. Armstrong does not vacate the January 10, 2020 order by April 6, 2020.